AO 102 (01/09) Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Tracking of )
*(Identify the person to be tracked or describe* )
*the object or property to be used for tracking)* )
USPS PRIORITY MAIL PARCEL BEARING ) Case No. 2:22-mj-269
TRACKING NUMBER 9505 5066 6901 2101 4671 53 )
)

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of __21__ U.S.C. § __841__. Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

- ☑ The person, property, or object is located in this district.
- ☐ The activity in this district relates to domestic or international terrorism.
- ☐ The person, property, or object is not now located in this district, but will be at the time of execution.
- ☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
USPS PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9505 5066 6901 2101 4671 53

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Justin D. Koble, US Postal Inspector
*Applicant's printed name and title*

Sworn to before me and signed in my presence.

Date: 4/14/2022

*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Justin D Koble, being first duly sworn, do state as follows:

### INTRODUCTION

1. I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since July 2014. I am currently assigned to the Narcotics and Money Laundering Team at the USPIS's Columbus, Ohio field office. In this capacity, I am responsible for investigating the illegal use of the United States Mails for the purpose of transporting controlled substances such as methamphetamine, heroin, fentanyl, fentanyl-related analogs, cocaine, and other controlled substances, in violation of, among other statutes, Title 21, United States Code, Sections 841(a)(1) (manufacturing, distribution, or possession with the intent to manufacture or distribute a controlled substance), 843(b) (unlawful use of a communication facility in the commission of a crime), and 846 (drug conspiracy). In addition, I am responsible for investigating possible violations of Title 18, United States Code, Sections 1956 and 1957 (money laundering).

2. I have been involved in the investigation and discovery of drug contraband and drug proceeds on numerous occasions. I have personally been the affiant for search warrants that have resulted in the discovery of controlled substances and drug proceeds. My current assignment to the Columbus Processing and Distribution Center (P&DC) involves investigating the use of the U.S. Mails by drug traffickers, in which established drug package profiles, surveillance, and drug detection dogs, among other investigative tools, are utilized.

3. I have knowledge of the facts set forth in this Affidavit based on my own participation in this investigation as well as other sources identified herein.

### PURPOSE OF AFFIDAVIT

4. I am participating in an investigation concerning a drug trafficking organization (DTO) who are suspected of attempted possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841.

5. The facts set forth in this Affidavit are based on my personal knowledge, knowledge obtained during my participation in this investigation, knowledge obtained from other individuals, review of records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the Application for a search warrant, this Affidavit does not set forth each and every fact learned by me during the course of this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

6. On April 12, 2022, US Postal Inspectors in Columbus, Ohio identified at least four inbound Priority Mail parcels believed to be associated with an ongoing drug trafficking investigation. Three of these parcels were interdicted by US Postal Inspectors upon arrival at the Columbus P&DC, 2323 Citygate Drive, Columbus, Ohio 43218 on April 13, 2022. US Postal Inspectors are currently attempting to locate the fourth parcel. The three interdicted parcels are identified as follows:

    - The United States Priority Mail parcel bearing USPS tracking number 9505 5066 6901 2101 4671 53 (hereinafter, TARGET PARCEL #1). TARGET PARCEL #1 is addressed to "T. Harris, 3180 Elim Manor Court, Unit 112, Columbus, OH 43232" with a return address of "Margret Stone, 4325 W Rome Blvd, Apt 1011, N. Las Vegas, NV 89084".

    - The United States Priority Mail parcel bearing USPS tracking number 9505 5066 6901 2101 4671 77 (hereinafter, TARGET PARCEL #2). TARGET PARCEL #2 contains recipient and return information which is identical to the information contained on TARGET PARCEL #1 and was addressed to "T. Harris, 3180 Elim Manor Court, Unit

112, Columbus, OH 43232" with a return address of "Margret Stone, 4325 W Rome Blvd, Apt 1011, N. Las Vegas, NV 89084".

- The United States Priority Mail parcel bearing USPS tracking number 9505 5066 3116 2101 4895 05 (hereinafter, TARGET PARCEL #3). TARGET PARCEL #3 is addressed to "Leah Perry, 2277 Petzinger Ct., Columbus, OH 43232" with are return address of "Natalie Patterson, 123 Sir George Dr., Las Vegas, NV 89110".

7. On April 13, 2022, a federal search warrant authorizing the search and seizure of TARGET PARCEL #1, TARGET PARCEL #2 and TARGET PARCEL #3 was signed in the Southern District of Ohio by the honorable Chelsey M. Vascura, United States Magistrate Judge. The search warrant was executed the same day.

8. TARGET PARCEL #1 was found to contain approximately 4,581 grams of suspected (field tested positive) methamphetamine.

9. TARGET PARCEL #2 was found to contain approximately 4,445 grams of suspected (field tested positive methamphetamine.

10. TARGET PARCEL #3 was found to contain approximately 2,722 grams of suspected (field tested positive) methamphetamine.

11. On April 14, 2022, law enforcement plans to conduct a controlled delivery of TARGET PARCEL #1 and TARGET PARCEL #2. The suspected methamphetamine will be removed from both parcels, leaving only a representative sample in TARGET PARCEL #1. Both parcels will then be repackaged with a harmless substance resembling the appearance of methamphetamine and delivered to 3180 Elim Manor Court, Unit 112, Columbus, Ohio 43232. Agents plan to arrest individuals involved in the receipt of TARGET PARCEL #1 and/or TARGET PARCEL #2. TARGET PARCEL #3 will be seized as evidence.

12. Based on the foregoing facts, your Affiant requests authorization for US Postal Inspectors and/or task force officers to attach and maintain an electronic tracking device (GPS tracker) to TARGET PARCEL #1 and to monitor transmissions of the tracking devices when TARGET PARCEL #1 is

in both public and private areas. The tracking device is necessary to enable agents to monitor the approximate location of the parcel to assist in the location and arrest of the subject/subjects receiving the controlled substance. Agents will monitor the tracking device for a period not to exceed forty-five days from its installation and activation.

13. In addition, your Affiant requests authorization for TARGET PARCEL #1 to be fitted with an electronic transmitter, commonly referred to as a "beeper" for the purpose of notifying law enforcement personnel if the parcel has been opened and/or moved from the building. The electronic transmitter does not receive or transmit audio signals but is merely a tracking device to assist law enforcement in determining if and when the parcel is opened or moved from the building. Your affiant respectfully asks the court to authorize the use of the transmitter to assist in the controlled delivery.

Justin D. Koble
United States Postal Inspector

Subscribed and sworn to before me this __14__ th day of April 2022

Chelsey M. Vascura
United States Magistrate Judge